UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THR CALIFORNIA L.P.,<br>　　　　Plaintiff,<br>　　v.<br>STEVE TAYLOR, et al.,<br>　　　　Defendants. | Case No. 13-cv-02750-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE**<br><br>Re: Dkt. Nos. 6, 9 |

Currently before the Court is Magistrate Judge Elizabeth D. Laporte's July 17, 2013 Report and Recommendation to Grant Plaintiff's Motion to Remand and to Deny Plaintiff's Request for Fees and Costs. Docket No. 9. In her Report and Recommendation, Judge Laporte found that there is no jurisdiction over this action removed from San Joaquin County Superior Court, because there are no federal claims alleged in the underlying unlawful detainer complaint and there is no diversity jurisdiction. Judge Laporte also denied plaintiff's motion for attorney's fees and costs in moving to remand. Judge Laporte's Report and Recommendation was served on defendants by mail and on plaintiff by ECF. No objections to the Report and Recommendation were filed by the August 5, 2013 deadline.

The Court has reviewed the Notice of Removal and Judge Laporte's Report and Recommendation and finds that removal was improper, the Court lacks jurisdiction for the reasons stated in the Report and Recommendation, and under the Court's discretion an award of attorney's fees and costs is not warranted. Accordingly, the Court ADOPTS the Report and Recommendation and REMANDS this case to the Superior Court for the County of San Joaquin.

**IT IS SO ORDERED**.

Dated: August 6, 2013

_____
WILLIAM H. ORRICK
United States District Judge