# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THR CALIFORNIA L.P., <br><br> Plaintiff, <br><br> v. <br><br> STEVE TAYLOR; MARIA G. TAYLOR; and DOES 1-10, <br><br> Defendants. | Case No. 14-cv-00636 NC <br><br> **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge William H. Orrick to determine whether it is related to *THR California L.P. v. Steve Taylor, et al.*, No. 13-cv-02750 WHO.

IT IS SO ORDERED.

Date: February 19, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 14-cv-00636 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES